IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MY SPACE PRESCHOOL AND<br>NURSERY, INC. | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-2826 |
| CAPITOL INDEMNITY<br>CORPORATION, ET AL. | : | |
| | : | |

### **O R D E R**

**AND NOW**, this  13th  day of   March  , 2015, upon consideration of Defendant Capitol Indemnity Corporation's Motion to Dismiss the Complaint (ECF No. 2), and Defendant Morgan and Associates, Inc.'s Motion to Dismiss Complaint (ECF No. 6), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Capitol's Motion is **GRANTED** in part and **DENIED** in part.  Count I (breach of contract), Count II (violation of the UTPCPL), Count IV (negligent misrepresentation), and Count V (breach of fiduciary duty), are **DISMISSED** against Capitol.  The Motion is denied in all other respects.

2. Morgan's Motion is **GRANTED** in part and **DENIED** in part.  Count II (violation of the UTPCPL) is **DISMISSED**.  Morgan's Motion as to Count IV (negligence) and Count V (breach of fiduciary duty) is **DENIED**.

3.    Morgan's Motion to Strike is **GRANTED** in part and **DENIED** in part. Morgan's request to strike punitive damages is **DENIED** as moot. Morgan's request to strike attorney's fees is **GRANTED**. Morgan's request to strike incidental damages is **DENIED**.

**IT IS SO ORDERED.**

                                                                 **BY THE COURT:**

                                                                 **R. BARCLAY SURRICK, J.**